IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYREISHA DECHANTE NOBLE AND OLUYEMI JOHNSON OLADELE,<br><br>PLAINTIFFS,<br><br>v.<br><br>UR MENDOZA JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND NICOLAS S. BARTELL, DIRECTOR MONTGOMERY FIELD OFFICE, USCIS,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:24-cv-03434-MLB |

## **CONSENT ORDER**

Having read and considered Defendants' motion for an enlargement of time to file the government's brief and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file their brief through and including December 22, 2025.

SO ORDERED this 2nd day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE